**Abraham G. WEEKS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE,**
Appellee.

Supreme Court of Pennsylvania.

April 1, 2004.

### ORDER

PER CURIAM:

**AND NOW,** this 1st day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.